IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

  Respondent,        No. CR S-97-0591 JAM GGH P

 vs.

LUCIANO RAMIREZ-SALAZAR,

  Movant.        <u>ORDER</u>

_____/

  Movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By order, filed on December 20, 2011, respondent was directed to file an answer within thirty days and movant was directed to file any traverse thirty days thereafter. However, respondent has failed to file a response to the motion and the time for doing so has expired.

  Accordingly, IT IS ORDERED that respondent show cause, within fourteen days, for failing to comply with this court's order to file an answer.

DATED: February 15, 2012

             /s/ Gregory G. Hollows
             UNITED STATES MAGISTRATE JUDGE

GGH:009
rami0591.ord